UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANCOCK INSURANCE COMPANY (U.S.A.),<br><br>    Plaintiff,<br><br>    v.<br><br>MINDY GOSS, et al.,<br><br>    Defendants. | Case No. 14-cv-04651-WHO<br><br>**ORDER GRANTING APPLICATION TO SHORTEN TIME RE MOTION FOR LEAVE TO TAKE DEPOSITION OF A PRISONER**<br><br>Re: Dkt. Nos. 23, 24 |

Defendant Windsor Securities, LLC requests leave to take the deposition of Mark Goss, who is incarcerated, pursuant to Federal Rule of Civil Procedure 30. Dkt. No. 23 at 2. It asserts that Mr. Goss has essential information relating to this case because he was the former trustee of the Joe E. Acker Family Insurance Trust (the Trust) during the relevant time period. *Id.* at 3. Windsor also moves to advance the hearing date on this motion, currently scheduled for June 3, 2015, in consideration of the close of discovery on July 1, 2015. Dkt. No. 24 at 2. In support of its motion to advance, Windsor submitted a declaration of Russell F. Rowen that states that counsel for the plaintiff John Hancock Life Insurance Company (U.S.A.) and counsel for the other defendant, Mindy Goss (the current trustee of the Trust), do not oppose the taking of the deposition of Mr. Goss. *Id.* at 2.

Windsor's motion to advance the hearing date is GRANTED. The hearing shall be advanced to **May 13, 2015 at 2:00 pm in Courtroom 2**. Anyone opposing Windsor's motion for leave to take the deposition shall file an opposition by the close of business on Monday, **May 11, 2015**. No reply brief is allowed. If no one opposes the motion by May 11, 2015, I will vacate the

hearing and grant Windsor's motion for leave to take the deposition.

**IT IS SO ORDERED**.

Dated: May 6, 2015



WILLIAM H. ORRICK
United States District Judge

2