1  HENNEFER FINLEY & WOOD, LLP
   JOSEPH WOOD  [Calif. SBN 103596]
2  275 Battery Street, Suite 200
   San Francisco, California  94111
3  Telephone:     (415) 421-6100
   Facsimile:     (415) 421-1815
4  E-Mail:        jwood@hennefer-wood.com; jhcwlaw@yahoo.com

5  Attorneys for Defendant, Cross-Claimant, and Cross-Defendant,
   Mindy Goss as Trustee of the Joe E. Acker Family Insurance Trust
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  JOHN HANCOCK LIFE INSURANCE              Civil Action No. 3:14-cv-04651-WHO
    COMPANY (U.S.A.),
13
          Plaintiff,
14
    vs.
15
    MINDY GOSS AS TRUSTEE OF THE
16  JOE E. ACKER FAMILY INSURANCE
    TRUST [incorrectly named herein as the
17  "Joe E. Acker Family Trust"]; and
    WINDSOR SECURITIES, LLC,
18
          Defendants.
19  _____/

20  AND RELATED CROSS-ACTIONS.
    _____/
21

22

23              [Proposed] ORDER RE BRIEFING SCHEDULE
                 ON MOTION FOR SUMMARY JUDGMENT
24

25

26

27

28

[Proposed] ORDER RE BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT
*John Hancock Life Insurance Company (U.S.A.) v. Mindy Goss as Trustee of the Joe E. Acker Family Insurance Trust, et al., and Related Cross-Actions*
Civil Action No. 3:14-cv-04651-WHO

1    Pursuant to the stipulation and request of the parties, and good cause appearing,

2    IT IS HEREBY ORDERED that the briefing schedule on the pending motion of defendant

3    cross-defendant, and cross-claimant Windsor Securities, LLC ["Windsor"] for summary judgment

4    against defendant, cross-claimant, and cross-defendant, Mindy Goss as Trustee of the Joe E.

5    Acker Family Insurance Trust ["Goss"], set for hearing on August 12, 2015, shall be as follows:

6       (a)    Goss's opposition papers shall be filed on or before July 29, 2015.

7       (b)    Windsor's reply papers shall be filed on or before August 5, 2015.

8

9                                **\* \* END OF ORDER \* \***

10

11



GRANTED

Judge William H. Orrick

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Proposed] ORDER RE BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT
*John Hancock Life Insurance Company (U.S.A.) v. Mindy Goss as Trustee of the Joe E. Acker Family Insurance Trust, et al., and Related Cross-Actions*

Civil Action No. 3:14-cv-04651-WHO                                              1