HENNEFER FINLEY & WOOD, LLP
JOSEPH WOOD  [Calif. SBN 103596]
275 Battery Street, Suite 200
San Francisco, California  94111
Telephone:	(415) 421-6100
Facsimile:	(415) 421-1815
E-Mail:	jwood@hennefer-wood.com; jhcwlaw@yahoo.com

Attorneys for Defendant, Cross-Claimant, and Cross-Defendant,
Mindy Goss as Trustee of the Joe E. Acker Family Insurance Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>    Plaintiff,<br><br>vs.<br><br>MINDY GOSS AS TRUSTEE OF THE JOE E. ACKER FAMILY INSURANCE TRUST [incorrectly named herein as the "Joe E. Acker Family Trust"]; and WINDSOR SECURITIES, LLC,<br><br>    Defendants.<br>_____/<br><br>AND RELATED CROSS-ACTIONS.<br>_____/ | Civil Action No. 3:14-cv-04651-WHO |

## [Proposed] ORDER SUBSTITUTING REAL PARTY IN INTEREST AS DEFENDANT, CROSS-CLAIMANT, AND CROSS-DEFENDANT

Pursuant to the stipulation of the parties, Federal Rules of Civil Procedure, Rule 17(a)(3), and California law as set forth in *Branick v. Downey Savings and Loan Association*, 39 Cal. 4th 235, 243 (2006), and good cause appearing,

IT IS HEREBY ORDERED that Ronald Mark Goss as Trustee of the Joe E. Acker Family Insurance Trust is substituted for and in place of Mindy Goss as Trustee of the Joe E. Acker Family Insurance Trust for all purposes in the above-named action, and that the action shall proceed as if Ronald Mark Goss had been named as the trustee of the Trust from the outset of the action.

Dated: September 21, 2015

_____
WILLIAM H. ORRICK

**  END OF ORDER  **