UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WINDSOR SECURITIES, LLC,

      Plaintiff,

      v.

JANE ANN STAMATOV FAMILY
INSURANCE TRUST, et al.,

      Defendants.

Case No.  15-cv-00080-JST

**SUA SPONTE JUDICIAL REFERRAL
FOR PURPOSE OF DETERMINING
RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the

Honorable William H. Orrick for consideration of whether the case is related to John Hancock

Insurance Company (U.S.A.) v. Goss, Case No. 14-cv-04651-WHO.

IT IS SO ORDERED.

Dated: October 7, 2015

_____

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California