UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANCOCK INSURANCE COMPANY (U.S.A.),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WINDSOR SECURITIES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04651-WHO<br><br>**ORDER DIRECTING PLAINTIFF TO DEPOSIT FUNDS**<br><br>Re: Dkt. No. 87 |

On November 16, 2015, I issued an order dismissing plaintiff from this interpleader action and directing it to deposit $984,896.80 with the Clerk of the Court. Dkt. No. 87. Plaintiff has not yet deposited the required funds. Plaintiff shall do so within 14 days of the date of this Order.

**IT IS SO ORDERED**.

Dated: December 23, 2015.



WILLIAM H. ORRICK
United States District Judge