UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN HANCOCK INSURANCE COMPANY (U.S.A.),

    Plaintiff,

  v.

WINDSOR SECURITIES, LLC, et al.,

    Defendants.

Case No. 14-cv-04651-WHO

**FURTHER ORDER DIRECTING DEPOSIT OF PLAINTIFF'S FUNDS**

Re: Dkt. No. 87

On November 16, 2015, I issued an order dismissing plaintiff from this interpleader action and directing it to deposit $984,896.80 with the Clerk of the Court. Dkt. No. 87. Plaintiff has now appropriately delivered the policy proceeds in the amount of $1,083,557.23, which is the sum of the net amount of the policy proceeds prior to interest of $984,896.80 and 6% interest on that amount of $98,660.43. The Clerk shall deposit the full amount of $1,083,557.23.

**IT IS SO ORDERED**.

Dated: December 29, 2015



WILLIAM H. ORRICK
United States District Judge