UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANCOCK INSURANCE COMPANY (U.S.A.), <br><br> Plaintiff, <br><br> v. <br><br> WINDSOR SECURITIES, LLC, et al., <br><br> Defendants. | Case No.  14-cv-04651-WHO <br><br> **ORDER REFERRING CASE TO THE HON. JON S. TIGAR FOR SETTLEMENT** <br><br> Dkt. Nos. 107-109, 112-116 |

It appears that there is a problem with the previously announced settlement in the above matter. This matter is referred to the Hon. Jon S. Tigar for settlement purposes only. Counsel for the only remaining parties, the Trust and Windsor Securities, and their clients, are ORDERED TO APPEAR PERSONALLY at the settlement conference on the time and date of Judge Tigar's choosing.

**IT IS SO ORDERED**.

Dated: March 22, 2016



WILLIAM H. ORRICK
United States District Judge